UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:05-cr-00026-JPH-CMM ) |
| WILLIE LEE HARDIMAN, III, | ) -02 ) |
| Defendant. | ) |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court **ADOPTS** Magistrate Judge Craig M. McKee's Report and Recommendation and all findings therein, dkt. [57]. The Court now **ORDERS** that Willie Lee Hardiman's supervised release is therefore **REVOKED**, dkt. [40], and Mr. Hardiman is sentenced to the custody of the Attorney General or his designee for imprisonment of 6 months with 120 months of federal supervision to follow. The Court recommends placement at FCC-Terre Haute, if such is deemed to be an appropriate facility by the Bureau of Prisons.

**SO ORDERED.**

Date: 9/2/2025

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Electronic Notice to USPO

Electronic Notice to USM-C